IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST NOBLE JENKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIV. ACT. 1:20-cv-271-TFM-MU |
| | ) |
| **WARDEN TONY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On July 9, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 7), to which no objections have been filed. After due and proper consideration of the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that the Clerk of Court shall effectuate the transfer of this case to the Northern District of Alabama pursuant to 28 U.S.C.§ 1404(a). All outstanding motions remaining pending for the resolution by the Northern District of Alabama

**DONE** and **ORDERED** this 28th day of August 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE